**Nadine Yvette LAFELL, Petitioner–Appellant,**

**v.**

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 06–1783.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 2, 2006.

Nadine Yvette Lafell, Appellant Pro Se. Kenneth L. Greene, Michael J. Haungs, United States Department of Justice, Tax Division, Washington, D.C., for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nadine Yvette Lafell appeals the tax court's order dismissing her petition for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *Lafell v. Comm'r, IRS*, Tax Ct. No. 05–20562 (U.S. Tax Ct. May 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*